**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 15, 2024

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Austin Suman*, 24 Mag. 3923

Dear Judge Krause:

The Government respectfully requests that the Complaint and Arrest Warrant issued in the above-referenced case be unsealed. The defendant was arrested this morning in Myrtle Beach, South Carolina, and is expected to be presented in United States District Court for the District of South Carolina, Florence Division.

Thank you for your consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Reyhan Watson
Assistant United States Attorney
(914) 993-1965
Reyhan.Watson@usdoj.gov

APPLICATION GRANTED.

Dated: November 15, 2024

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge